UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6811-CAS (FMOx) | Date | July 21, 2009 |
|---|---|---|---|
| Title | *BOB JAMES, ET AL v. UNIVERSAL STUDIOS INC., ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 5, 2009** why this action should not be dismissed for lack of prosecution **defendants EMI RECORD LTD; MIJAC MUSIC; SYLVESTER STEWART; LIONSGATE PICTURES, INC.; LIONS GATE FILMS, INC.; and LIONS GATE ENTERTAINMENT, INC., only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   A proof of service of summons and complaint on **defendants EMI RECORD LTD; MIJAC MUSIC; SYLVESTER STEWART; and LIONSGATE PICTURES, INC.;** and

2)   An answer by **defendants LIONS GATE FILMS, INC.; and LIONS GATE ENTERTAINMENT, INC.,** or plaintiff's request for entry of default on these defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

|   |   |
|---|---|
| 00 | : 00 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6811-CAS (FMOx) | Date | July 21, 2009 |
|---|---|---|---|
| Title | *BOB JAMES, ET AL v. UNIVERSAL STUDIOS INC., ET AL* | | |

Initials of Preparer     CMJ