UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6811-CAS (FMOx) | Date | August 6, 2009 |
|---|---|---|---|
| Title | *BOB JAMES, ET AL v. UNIVERSAL STUDIOS INC., ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court is in receipt of Notices of Dismissal and Declaration of Christine Coverdale in Response to the Court's Order to Show Cause Dated July 21, 2009 filed August 5, 2009.  Upon the Court's review, the Court finds that plaintiffs have complied with the Court's Order to Show Cause as to **defendants MIJAC MUSIC; SYLVESTER STEWART; and LIONSGATE PICTURES, INC., only.**

Upon the Court's review of the declaration submitted by plaintiffs, the Court extends its Order to Show Cause as to **defendants LIONS GATE FILMS, INC.; and LIONS GATE ENTERTAINMENT, INC.**  Therefore, **PLAINTIFFS** shall show cause in writing not later than **August 17, 2009** why this action should not be dismissed for lack of prosecution as to **defendants  LIONS GATE FILMS, INC.; and LIONS GATE ENTERTAINMENT, INC., only.**

Upon the Court's further review of the declaration submitted by plaintiffs, the Court also extends its Order to Show Cause as to **defendant EMI RECORDS, LTD.**  Therefore, **PLAINTIFFS** shall show cause in writing not later than **December 4, 2009** why this action should not be dismissed for lack of prosecution as to **defendant EMI RECORD LTD, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6811-CAS (FMOx) | Date | August 6, 2009 |
|---|---|---|---|
| Title | *BOB JAMES, ET AL v. UNIVERSAL STUDIOS INC., ET AL* | | |

Plaintiffs are advised that the Court will consider the following:

**1)**  A proof of service of summons and complaint on **defendant EMI RECORD LTD;** and

**2)**  An answer by **defendants LIONS GATE FILMS, INC.; and LIONS GATE ENTERTAINMENT, INC.,** or plaintiffs' request for entry of default on these defendants, or a stipulation and dismissal between plaintiffs and these defendants

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |