# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV08-6811-CAS(FMOx) | | Date | March 5, 2010 |
|---|---|---|---|---|
| Title | BOB JAMES, ET AL., v. UNIVERSAL STUDIOS, INC., et al., | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - PLAINTIFFS EX PARTE APPLICATION FOR ADDITION TIME FOR PLAINTIFFS TOCOMPLETE DISCOVERY (filed 3/1/2010)

Plaintiffs' request to continue the discovery cutoff is granted in part. The discovery cutoff is extended from February 16, 2010, to April1 12, 2010. Plaintiffs are reminded that the discovery cutoff is the last date for all discovery motions to be filed and argued, but not necessarily decided. No further continuances will be granted and all other case managements dates remain in full force and effect.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |